IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-02-208 |
| | § | C.A. No. C-05-260 |
| RIGOBERTO QUINTANILLA, | § | |
|    Defendant/Movant. | § | |

## JUDGMENT

The Court enters judgment granting defendant Rigoberto Quintanilla's motion to vacate, set aside or correct sentence, 28 U.S.C. § 2255, that Quintanilla's sentence is hereby vacated and that he be resentenced.

ORDERED this 26th day of August, 2007.

_____
HAYDEN HEAD
CHIEF JUDGE